# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 3, 2018

156163 & (36)

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
*Justices*

BRICKHAVEN CONDOMINIUM
ASSOCIATION,
      Plaintiff-Appellee,

v

SC: 156163
COA: 335722
Washtenaw CC: 14-000964-CH

STACEY M. HOGAN and EQUITY TRUST CO.,
CUSTODIAN FBO GARY S. HANN I.R.A.,
      Defendants,

and

GARY S. HANN,
      Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 25, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for peremptory reversal is DENIED.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 3, 2018

a1218

Clerk